UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TYNESHIA FORD | CIVIL ACTION NO. 24-cv-382 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DIESEL DRIVING ACADEMY | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

TyNeshia Ford ("Plaintiff"), who is self-represented, filed this civil action to complain of employment discrimination by her former employer, Diesel Driving Academy. Plaintiff is advised that this is not an informal agency proceeding. It is a court proceeding that will require significantly more time and effort from her than the less formal agency proceedings before the EEOC. Plaintiff will first need to serve her complaint on Diesel Driving Academy. Service may be accomplished by having an appropriate person deliver the summons, which will be issued by the Clerk of Court, and a copy of the complaint to Diesel Driving Academy's registered agent for service or other person authorized to receive service under Federal Rule of Civil Procedure 4. Rules for the various means of delivery and service are also set forth in Rule 4. Plaintiff must complete service and file evidence of service within 90 days of the filing of her complaint, which will be **June 13, 2024**. Failure to do so may result in dismissal of this civil action.

If Plaintiff succeeds in serving Diesel Driving Academy, and an answer is filed, the court will set deadlines for conducting discovery and the filing of motions. If the case survives that process, the court will set a trial date and related deadlines. Plaintiff, although

she is self-represented, will be obligated to follow the court's orders and the applicable procedural rules. Neither the judge's staff nor the Clerk of Court may give her legal advice.

Plaintiff must keep the court informed of a current address. If Plaintiff should have a change in address, Plaintiff must notify the Clerk of Court in writing. If mail is issued to Plaintiff and it is returned for an insufficient address, that may lead to dismissal of this case. If at any time Plaintiff does not wish to pursue this case, Plaintiff may communicate that to the court in writing, and the case will be dismissed.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 4th day of April, 2024.

Mark L. Hornsby
U.S. Magistrate Judge